IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40729
Summary Calendar
_____


UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

JEROME ARTHUR CHAVIS,

                              Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:93-CR-25-1
- - - - - - - - - -
June 17, 1996
Before HIGGINBOTHAM, DUHÉ, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

     On appeal after remand, Jerome Arthur Chavis challenges the district court's denial of the motion to suppress by arguing that his continued detention after the traffic stop exceeded the bounds of the Fourth Amendment.  For essentially the same reasons as explained by the district court, see United States v. Chavis, 902 F. Supp. 111 (E.D. Tex. 1995), we

     AFFIRM.

_____

     [*]  Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.